# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:    212-465-1188
                    cklee@leelitigation.com

November 6, 2017

**Via ECF**

The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Ougribe v. Scalinatella, Inc., et al.*
>       Case No. 17-CV-3261

Dear Judge Swain:

     We are counsel to Plaintiff. We write jointly with counsel to Defendants to inform the Court that the parties have reached a settlement in principle, and are in the process of preparing the settlement documents. The parties respectfully request 30 days (until December 4, 2017) to file the *Cheeks* submission.

     In view of the contemplated settlement, the parties respectfully request all dates and deadlines to be adjourned *sine die,* including the settlement conference scheduled for December 11, 2017 before the Honorable Barbara C. Moses, USMJ.

     We thank the Court for considering this matter.

     Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All Parties via ECF